**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MATHEUS JOAQUIM DE SOUZA GOMES,      :
                Petitioner,      :
                                      :
        v.      :      Civil No. 2:26-cv-04297-JLS
                                        :
J.L. JAMISON, *et al*.,      :
                Respondents.      :

**ORDER**

      **AND NOW**, this 30th day of June, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 5), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

                                         **BY THE COURT:**

                                         */s/ Jeffery L. Schmehl*
                                         **JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.